L. STANLEY HINDS, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 21753.)

GENEVIEVE L. HINDS, Appellant, *v.* THE STATE OF NEW YORK, Respondent. (Claim No. 21754.)

(Submitted March 9, 1934; decided March 23, 1934.)

*Leo Waxman* for appellants.

*John J. Bennett, Jr., Attorney-General (John L. Campbell* of counsel), for respondent.

Each judgment affirmed, with costs in one action; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN HUBBS and CROUCH, JJ. Not sitting; KELLOGG, J.